# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA REGINA MEJIA-MENCIA,<br><br>                    Petitioners,<br><br>          v.<br><br>ATTORNEY GENERAL OF THE UNITED STATES, et al.,<br><br>                    Respondents. | Case No. 1:26-cv-02452-JLT-EPG-HC<br><br>ORDER APPOINTING COUNSEL FOR PETITIONER<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT |

Petitioner Ana Regina Mejia-Mencia is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The petition submitted to the Court was completed and signed by Petitioner's sister.

There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the proceeding for financially eligible persons if "the interests of justice so require." To determine whether to appoint counsel, the "court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims *pro se* in light of the complexity of the legal issues involved." Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

1

Upon review of the petition, the Court finds that the interests of justice would be served by the appointment of counsel given the complexity of the legal issues involved.

Accordingly, IT IS HEREBY ORDERED that:

1. Counsel is APPOINTED for Petitioner;

2. The Clerk of the Court shall serve a copy of this order, the petition, Respondents' response and supplemental brief, via email, on the Federal Defender's Office at cae_appointments_habeas@fd.org;

3. Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy Felicia Navarro at FNavarro@caed.uscourts.gov, and counsel will be added as counsel for Petitioner;

4. Such appointment, as necessary, will be *pro hac vice* to the CJA Panel and to this District in this matter only;

5. This appointment will be *nunc pro tunc* to the Federal Defender contacting counsel about this appointment on a date given to the courtroom deputy; and

6. Within fourteen (14) days of the date of service of this order, counsel for Petitioner shall meet and confer with opposing counsel and the parties shall file a joint statement regarding case management and a proposed briefing schedule.

IT IS SO ORDERED.

Dated:    **April 1, 2026**                          /s/ *Erica P. Grosjean*
                                                                UNITED STATES MAGISTRATE JUDGE

2