# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA REGINA MEJIA-MENCIA, | Case No. 1:26-cv-02452-JLT-EPG-HC |
| Petitioners, | ORDER SETTING BRIEFING SCHEDULE |
| v. | |
| ATTORNEY GENERAL OF THE UNITED STATES, et al., | |
| Respondents. | |

Per the parties' joint statement, (ECF No. 8), the Court HEREBY ORDERS that:

1. Respondents SHALL FILE a response to the petition by April 15, 2026; and

2. Petitioner SHALL FILE a reply by April 20, 2026.

IT IS SO ORDERED.

Dated:  __**April 13, 2026**__                  /s/ _Erica P. Grosj_

UNITED STATES MAGISTRATE JUDGE